AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     GUAM

FILED
DISTRICT COURT OF GUAM
MAR - 8 2004
MARY L. M. MORAN
CLERK OF COURT

| | |
|---|---|
| GUAM TOKYU EXPRESS, INC., ) <br> ) <br> Plaintiff, ) <br> V. ) <br> ) <br> GOVERNMENT OF GUAM, ) <br> ) <br> Defendant. ) | **SUMMONS IN A CIVIL CASE** <br><br> CASE NUMBER: **04-00012** |

TO: (Name and address of Defendant)   GOVERNMENT OF GUAM, Defendant
C/o Artemio B. Ilagan,
Director of Revenue and Taxation
Department of Revenue and Taxation,
Government of Guam
Building 13-1, Mariner Drive
Tiyan, Guam

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carlos L. Taitano
Carlos Lujan Taitano, P.C.
La Casa de Colina, Third Floor
200 Chichirica Street
Tamuning (Tumon), GU 96913-4217

an answer to the complaint which is served on you with this summons, within __sixty (60)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK /s/ Hernandez
(By) DEPUTY CLERK

DATE   MAR 08 2004

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 08 MARCH 04 |
| NAME OF SERVER (PRINT) KEITH J. SANTOS | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: *Elaine SA Pangelinan (@ Revenue and Taxation)*

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES Complaint | TOTAL 35.— |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 08 March 04
Date

Signature of Server

10:20 AM

Address of Server

RECEIVED
MAR 08 2004
DEPT. OF REV/TAX
DIRECTOR'S OFFICE
INITIAL: EP

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.