AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    GUAM

FILED
DISTRICT COURT OF GUAM
MAR - 8 2004
MARY L. M. MORAN
CLERK OF COURT

GUAM TOKYU EXPRESS, INC.,

            Plaintiff,
V.

GOVERNMENT OF GUAM,

            Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **04-00012**

TO: (Name and address of Defendant)

     GOVERNMENT OF GUAM, Defendant
     C/o Douglas B. Moylan
     Attorney General of Guam
     Office of the Attorney General
     Guam Judicial Center, Suite 2-200E
     120 West O'Brien Drive
     Hagatna, GU 96910 U.S.A.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

     Carlos L. Taitano
     Carlos Lujan Taitano, P.C.
     La Casa de Colina, Third Floor
     200 Chichirica Street
     Tamuning (Tumon), GU 96913-4217

an answer to the complaint which is served on you with this summons, within  **sixty (60)**  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK _____

(By) DEPUTY CLERK

DATE    MAR 0 8 2004

ORIGINAL

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  08 MARCH 04 |
| NAME OF SERVER *(PRINT)*  KEITH J. SANTOS | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: Briget Rodriguez Parol
   SUPERIOR COURT OF GUAM

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  35.— |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  08 MARCH 04
             Date                    Signature of Server

10:10 am

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.