1

2

**FILED**
DISTRICT COURT OF GUAM

APR 23 2004

MARY L. M. MORAN
CLERK OF COURT

3

4

5

6

DISTRICT COURT OF GUAM

7

TERRITORY OF GUAM

8 GUAM TOKYU EXPRESS, INC.,

CIVIL CASE NO. 04-00012

9       Plaintiff,

10    vs.

**SCHEDULING NOTICE**

11 GOVERNMENT OF GUAM,

12       Defendant.

13

14 CARLOS L. TAITANO
CARLOS LUJAN TAITANO, P.C.
La Casa de Colina, Third Floor
15 200 Chichirica Street
Tamuning, Guam 96913-4217

DOUGLAS B. MOYLAN, Attorney General of Guam
OFFICE OF THE ATTORNEY GENERAL
Civil Division, Guam Judicial Center
Suite 2-200E, 120 West O'Brien Drive
Hagatna, Guam 96910

16

17       The Local Rules establish procedures for complying with Rules 16(b) and 26(f) of the

18 Federal Rules of Civil Procedure. Counsel should study the Local Rules before attempting to

process cases in this Court.

19

       Pursuant to Local Rules 16.1 and 16.2, it is hereby ORDERED that:

20

21       1.       Counsel of record and all pro se litigants that have appeared in the case

must meet and confer, within fifteen (15) days after receipt of this Notice, but no later than sixty

22

(60) days after the filing of the complaint, prior to commencing discovery.

23

24       2.       A proposed Scheduling Order and a proposed Discovery Plan shall be

filed on or before the 21st day of May, 2004. Careful and immediate attention should be given to

25

the directions in Local Rules 16.1 and 16.2 to ensure complete and timely compliance with

26

1  Federal Rules 16(b) and 26(f), and Local Rules.

2          3.     Plaintiffs' counsel, or if the plaintiff is pro se, then the pro se plaintiff,

3  must take the lead in the preparation of the Scheduling Order.  If a defendant is not contacted by

4  a pro se plaintiff within the required time frame, the defendant's counsel shall contact the pro se

5  plaintiff and arrange a meeting to comply with this Rule in the appropriate time frame.  The

6  failure of a party or its counsel to participate in good faith in the framing of a Scheduling Order

7  may result in the imposition of sanctions.

8          4.     Counsel of record and all pro se litigants that have appeared in the case

9  are jointly responsible for submitting a Proposed Discovery Plan to the Court.

10         5.     A Scheduling Conference shall be held on the **3rd day of June, 2004, at**

11 **3:00 p.m.**

12         6.     Counsel are reminded that:

13                a)     The filing of motions does not postpone discovery.

14                b)     Local Rule 37.1 governs discovery disputes and motions.

15                c)     The number and form of interrogatories are governed by Local

16                       Rule 33.1.

17                d)     Discovery documents and certificates of service shall not be filed

18                       with the Clerk until there is a proceeding in which the document

19                       or proof of service is in issue.

20

21 Dated: April 23, 2004                         MARY L. M. MORAN
                                                  Clerk of Court
22

23                                                By:
                                                  Deputy Clerk
24

25

26