Carlos L. Taitano
Carlos Lujan Taitano, P.C.
La Casa de Colina, Third Floor
200 Chichirica Street
Tamuning, GU 96913-4217
Tel: (671) 647-3387
Fax: (671) 647-3388

Attorney for Plaintiff

FILED
DISTRICT COURT OF GUAM
MAY 10 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM TOKYU EXPRESS, INC., | CIVIL CASE NO. 04-00012 |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME WITHIN WHICH TO FILE AND SERVE RESPONSIVE PLEADING |
| v. | |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

The parties, by and through counsel, hereby stipulate and agree that the Defendant has until July 3, 2004, to serve and file the Defendant's responsive pleading to the complaint filed in the above-captioned case, on the ground that the parties are pursuing settlement of the above-captioned case.

OFFICE OF THE ATTORNEY GENERAL
DOUGLAS B. MOYLAN
Attorney General of Guam

_____
Carlos L. Taitano,
Attorney for Plaintiff

By: _____
Joseph A. Guthrie,
Deputy Attorney General,
Attorney for Defendant

Date: May 7, 2004,

Date: May 7, 2004.

**IT IS SO ORDERED.**

DATE: 5/10/2004

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

RECEIVED
MAY 07 2004
DISTRICT COURT OF GUAM
ORIGINAL