Carlos L. Taitano
Carlos Lujan Taitano, P.C.
La Casa de Colina, Third Floor
200 Chichirica Street
Tamuning, GU 96913-4217
Tel: (671) 647-3387
Fax: (671) 647-3388

Attorney for Plaintiff

FILED
DISTRICT COURT OF GUAM
MAY 25 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GUAM TOKYU EXPRESS, INC., ) | CIVIL CASE NO. 04-00012 |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER FOR |
| ) | JUDGMENT OF DISMISSAL WITH |
| v. ) | PREJUDICE |
| ) | |
| GOVERNMENT OF GUAM, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED that a judgment be entered dismissing, with prejudice, the COMPLAINT FOR REFUND OF GUAM TERRITORIAL INCOME TAX and the above-captioned case, and that the parties shall bear their own attorney's fees and costs in the above-captioned case.

_____      21 MAY 04
Carlos L. Taitano,                Date
Attorney for Plaintiff

DOUGLAS B. MOYLAN
Attorney General

By: _____      5/21/04
JOSEPH A. GUTHRIE                Date
Deputy Attorney General,
Attorney for Defendant

Guam Tokyu Express, Inc. v. Government of Guam)
Civil Case No. 04-00012; Stipulation and Order)
for Judgment of Dismissal with Prejudice        )

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the AMENDED COMPLAINT FOR REFUND OF GUAM TERRITORIAL INCOME TAX and the above-captioned case are dismissed, with prejudice, and that the parties shall bear their own attorney's fees and costs.

DATED: 5-25-04

DEAN D. PREGERSON
Designated District Judge

Notice is hereby given that this document was entered on the docket on 05/25/04. No separate notice of entry on the docket will be issued by this Court.

Mary L. M. Moran
Clerk, District Court of Guam

By: _____  05/25/04
    Deputy Clerk       Date

RECEIVED
MAY 21 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM