UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF GUAM

| | |
|---|---|
| GUAM TOKYU EXPRESS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | CIVIL CASE NO. 04-00012 <br><br> **JUDGMENT** |

Judgment is hereby entered in accordance with the Stipulation and Order for Judgment of Dismissal with Prejudice filed May 25, 2004.

Dated this 25th day of May, 2004, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By: _____
Deputy Clerk

Notice is hereby given that this document was entered on the docket on MAY 2 5 2004.
No separate notice of entry on the docket will be issued by this Court.

Mary L. M. Moran
Clerk, District Court of Guam

By: _____ MAY 2 5 2004
Deputy Clerk    Date